792 A.2d 594

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Donald Joseph RICHMOND, Respondent.

No. 731, Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 5, 2002.

## ORDER

PER CURIAM.

AND NOW, this **5th** day of **March,** 2002, upon consideration of the Recommendation of the Disciplinary Board dated January 29, 2002, it is hereby

ORDERED that Donald Joseph Richmond is placed on temporary suspension pursuant to Rule 208(f), Pa.R.D.E., until further definitive action by this Court. It is further ORDERED that respondent shall comply with the provisions of Rule 217, Pa.R.D.E.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.